**Order entered March 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00891-CR
### No. 05-18-00892-CR
### No. 05-18-00893-CR

## FIDEL ANGEL NAVARRO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75719-U, F17-75720-U, & F17-75721-U**

## ORDER

Appellant was convicted of two offenses of indecency with a child and one offense of aggravated sexual assault of a child younger than fourteen years of age. Appellant filed his brief on March 11, 2019. In the brief, he uses the names of the victims. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victims (and any witness who was under the age of eighteen at the time of the offenses) either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Gary Udashen and the Dallas County District Attorney's Office.

s/     CORY L. CARLYLE
       JUSTICE
